IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00119-1-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD ANTHONY MERCADO,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue a writ to the United States Marshal's Service requiring the United States Marshal to produce the defendant before this Honorable Court forthwith, for an initial appearance, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

SO ORDERED this 12th day of May, 2006.

s/ Patricia A Coan
US Magistrate Judge
DISTRICT OF COLORADO