UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00119-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.**     **RICHARD ANTHONY MERCADO**,
2.     BRIAN LEE LOCKE,

        Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#57)** on September 20, 2006 by Defendant Richard Anthony Mercado. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **November 13, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for **October 13, 2006** and the **October 16, 2006** trial date are **VACATED** as to Defendant Richard Anthony Mercado. In

addition, the suppression hearing scheduled for **September 28, 2006** is

**VACATED.**

Dated this 25th day of September, 2006

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge