UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00119-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **RICHARD ANTHONY MERCADO**, and
2.   BRIAN LEE LOCKE,

        Defendants.

---

## ORDER

---

Due to the scheduling of a multi defendant criminal trial,

**IT IS ORDERED** that the sentencing in this matter for Defendant Richard Anthony Mercado set to commence on February 20, 2007 is VACATED and reset to **March 23, 2007 at 3:15 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.  Any objections to resetting must be filed within 10 days, any response to the objection must be filed within 3 days.

Dated this 5th day of February, 2007

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge