UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00119-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **RICHARD ANTHONY MERCADO**, and
2. BRIAN LEE LOCKE,

        Defendants.

## ORDER RESETTING SENTENCING HEARING

Due to a scheduling conflict,

**IT IS ORDERED** that the sentencing in this matter for Defendant Richard Anthony Mercado set to commence on March 23, 2007 is **VACATED** and **RESET** to **March 26, 2007 at 9:15 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. Any objections to resetting must be filed within 10 days, any response to the objection must be filed within 3 days.

Dated this 27th day of February, 2007

                                              **BY THE COURT:**

                                              *Marcia S. Krieger* (signature)

                                              Marcia S. Krieger
                                              United States District Judge